IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN                    DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. D-1-GN-19-003510 - In the District Court, 98th Judicial District, Travis County, Texas

   Doireann Hoy, Plaintiff

   vs.

   Target Corporation, Defendant

2. Was jury demand made in State Court?     Yes ☐     No ☒

   If yes, by which party and on what date?

   _____                    _____
   Party Name                                                                                                                  Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Kevin Henrichson                                             Timothy C. Maloney
   Eric D. Cuellar                                                    Deborah G. Clark
   Byrd, Davis, Alden & Heinrichson, LLP          Clark & Clark
   707 West 34th Street, Suite 1                         3624 North Hills Drive, Suite 205-A
   Austin, Texas 78705                                         Austin, Texas 78731
   Phone:   (512) 454-3751                                 Phone:   (512) 241-1800
   Fax:       (512) 451-5857                                  Fax:       (512) 241-1760
   Email:    khenrichson@byrddavis.com            Email:    tim@clarkandclarklaw.com
                  ecuellar@byrddavis.com                                     deborah@clarkandclarklaw.com
   ATTORNEYS FOR PLAINTIFF, DOIREANN HOY         ATTORNEYS FOR DEFENDANT, TARGET CORPORATION

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None

**VERIFICATION:**

_[signature]_
Attorney for Removing Party

Jul 22, 2019
Date

Target Corporation
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)