IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DOIREANN HOY** § | | |
| Plaintiff, § | | |
| vs. § | No. 1:19-CV-00730 | |
| § | | |
| **TARGET CORPORATION** § | | |
| Defendant. § | | |

## AGREED FINAL ORDER OF DISMISSAL

On this day came on to be heard the parties' Agreed Stipulation of Dismissal with Prejudice. After reviewing the Stipulation, the Court is of the opinion that it an Agreed Final Order of Dismissal should be and is hereby granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims or which could have been asserted by Plaintiff, Doireann Hoy, against Defendant, Target Corporation, are hereby dismissed with prejudice to Plaintiff's right to refile the same and that all costs shall be taxed against the party incurring the same.

SIGNED this _____ day of _____, 20_____.

_____
HON. JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

**AGREED:**

| | |
|---|---|
| Clark & Clark | Byrd, Davis, Alden & Henrichson, LLP |
| */s/ Deborah G. Clark* | |
| Deborah G. Clark | Kevin Henrichson |
| State Bar No. 04267550 | State Bar No. 24032409 |
| 3624 North Hills Drive – Suite 205-A | 707 West 34th Street, Suite 1 |
| Austin, Texas 78731 | Austin, Texas 78705 |
| deborah@clarkandclarklaw.com | khenrichson@byrddavis.com |
| (512) 241-1800 | (512) 454-3751 |
| **ATTORNEY FOR DEFENDANT TARGET CORPORATION** | **ATTORNEY FOR PLAINTIFF, DOIREANN HOY** |